[No. 8056-7-II. Division Two. December 16, 1986.]

THE STATE OF WASHINGTON, *Respondent, v.* THOMAS ARTHUR SEAMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 84-1-00166-6, Robert L. Harris, J., entered

August 24, 1984. *Affirmed* by unpublished opinion per Goodloe, J. Pro Tem., concurred in by Foscue and Velie, JJ. Pro Tem.